# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIANA J. BLACKSHARE § | |
| § | Civil Action No. 4:17-CV-564 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| SPECIALIZED LOAN SERVICING, LLC, § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 29, 2018, the report of the Magistrate Judge (Dkt. #35) was entered containing proposed findings of fact and recommendations that Plaintiff Diana J. Blackshare's Notice of Dismissal of Defendant Specialized Loan Servicing, LLC Without Prejudice (Dkt. #29) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Notice of Dismissal of Defendant Specialized Loan Servicing, LLC Without Prejudice (Dkt. #29) is **GRANTED**. Plaintiff Diana J. Blackshare's claims against Defendant Specialized Loan Servicing are hereby dismissed without prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this the 21st day of June, 2018.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE